1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Glen S. Umeda, SBN 159528
2  Kristin K. Sato, SBN 219445
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendants VIVERE VICTUAL, INC. dba MCDONALD'S

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | RONALD WILSON,                    )  Case No. CIV S 06-1541 DFL (PAN)
                                       )
12 |         Plaintiff,                )
                                       )  **STIPULATION EXTENDING TIME TO FILE**
13 |    v.                             )  **ANSWER OR OTHERWISE RESPOND TO**
                                       )  **PLAINTIFF'S COMPLAINT**
14 | VIVERE VICTUAL, INC. dba          )
     MCDONALD'S; MCDONALD'S            )
15 | CORPORATION,                      )
                                       )
16 |         Defendant.                )
                                       )
17

18         Plaintiff RONALD WILSON and Defendant VIVERE VICTUAL, INC. dba

19 MCDONALD'S, stipulate and agree that Defendant shall have up to and including September 7,

20 2006 in which to file an answer or otherwise respond to the complaint herein.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

4832-6574-9249.1

STIPULATION EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1  There have been no prior requests for an extension herein.

3  DATED: August 31, 2006            DISABLED ADVOCACY GROUP, APLC

5  By _____/S/_____
   Lynn Hubbard, III, Esq.
6  Scottlynn J. Hubbard, IV, Esq.
   Attorney for Plaintiff RONALD WILSON

8  DATED: August 31, 2006            LEWIS BRISBOIS BISGAARD & SMITH LLP

11 By _____/S/_____
   Glen S. Umeda
12 Kristin K. Sato
   Attorneys for Defendants VIVERE VICTUAL, INC.
13 dba MCDONALD'S

16 ///

18 ///

20 ///

22 ///

24 ///

26 ///

1 | IT IS SO ORDERED

4 | DATED: 9/5/2006

_____
DAVID F. LEVI
United States District Judge