IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | CIV. NO. S-06-1541 DFL PAN |
| Plaintiff, | |
| v. | ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT |
| VIVERE VICTUAL, INC. dba McDONALDS', et al., | |
| Defendants. | |

The court has been advised by plaintiff's attorney, Lynn Hubbard III, that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than February 23, 2007; and

//

//

1

1      2.   That all hearing dates previously set in this matter
2 are vacated.
3      IT IS SO ORDERED.
4 Dated:  1/15/2007

                                    /s/ David F. Levi
                                    DAVID F. LEVI
                                    United States District Judge

2