1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  KRISTEN SATO, SBN 219445
   LEWIS BRISBOIS BISGAARD & SMITH
   One Sansome Street, Suite 1400
8  San Francisco, CA 94104
   Telephone: (415) 362-2580
9  Fax: (415) 362-0882

10 Attorney for Defendant Vivere Victual, Inc.

11

12 PETER MODLIN, SBN 151453
   FARELLA BRAUN & MARTEL, LLP
   235 Montgomery Street
13 San Francisco, CA 94104
   Telephone: (415) 954-4400
14 Fax: (415) 954-4480

15 Attorney for Defendant McDonald's Corporation

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19 RONALD WILSON,                    Case No. CIV. S-06-01541-DFL-EFB

20       Plaintiff,

21 v.                                **STIPULATION OF DISMISSAL AND ORDER THEREON**

22 VIVERE VICTUAL, INC. dba McDONALD'S;
   McDONALD'S CORPORATION,
23
24       Defendants.
                                    /
25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon          Wilson v. McDonald's, et al.
                                                               CIV. S-06-01541-DFL-EFB

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to a Settlement Agreement and Release between plaintiff, RONALD
3  WILSON, and defendants, VIVERE VICTUAL, INC. dba McDONALD'S and McDONALD'S
4  CORPORATION, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request
5  that all parties be dismissed with prejudice from the above-entitled action.

Dated: January 29, 2007              DISABLED ADVOCACY GROUP, APLC

 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: January 29, 2007              LEWIS BRISBOIS BISGAARD & SMITH

 /s/ Kristin Sato
KRISTIN SATO
Attorney for Defendant Vivere Victual, Inc.

Dated: January 29, 2007              FARELLA BRAUN & MARTEL, LLP

 /s/ Peter Modlin
PETER MODLIN
Attorney for Defendant McDonald's Corporation

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01541-DFL-EFB, is hereby dismissed with prejudice.

Dated: 01/31/2007              /s/ David F. Levi
United States District Court Judge